# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

IN RE:                                              CASE NO: 05-46657
  DONALD DOUGLAS JOHNSON II                              (Chapter 13)
  GINGER KAY JOHNSON
                              Debtors          JUDGE GUY R. HUMPHREY

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3976371**

| Ct / Tee Claim # | Address | Amount |
| --- | --- | --- |
| 7/ 31 | MONEY BACK<br>BOX 467<br>HINESVILLE, GA  31310 | 637.79 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/29/2009

Certificate of Service                    05-46657

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DONALD DOUGLAS JOHNSON II          RICHARD E WEST                (31.3)
GINGER KAY JOHNSON                  195 E CENTRAL AVE             MONEY BACK
148 ARISA DR.                       BOX 938                       5658 SPRINGBORO PIKE
WEST CARROLLTON, OH  45449          SPRINGBORO, OH  45066         DAYTON, OH  45449

(31.1)
MONEY BACK
BOX 467
HINESVILLE, GA  31310

Jeffrey M. Kellner BY          /s/ Jeffrey M. Kellner                    CS

0546657_42_20090929_0738_278/T317_cs
###